CASE NOT YET SCHEDULED FOR ORAL ARGUMENT

CASE NO. 09-1233

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

————————————————————————

THE CITY OF SANTA MONICA,

Petitioner,

v.

FEDERAL AVIATION ADMINISTRATION,

Respondent

————————————————————————

## AMICUS BRIEF IN SUPPORT OF THE PETITIONER
## THE CITY OF SANTA MONICA

————————————————————————

Review of the Final Agency Decision and Order No. 2009-1 issued by
Respondent Federal Aviation Administration, entered on July 8, 2009
modified by Order No. 2009-2 (Sept. 3, 2009), and issued by FAA in the
Matter of Compliance with Federal Obligations by the City of Santa Monica,
California,
FAA Docket No. 16-02-08

————————————————————————

Friends of Sunset Park
(A city recognized neighborhood organization)
Zina Josephs, President
P.O. **Box** 5823
Santa Monica, **CA** 90409
**3** 10-450-2258
ZinaJosephs@aol.com

1

**Additional Neighborhood Associations joining our Amicus Brief in Support of the Petitioner:**

**Santa Monica City Recognized Neighborhood Associations:**

WESLEY THOMPSON
Pico Neighborhood Association
1705 Pico Blvd., Box 125
Santa Monica, CA 90405-1648

VALERIE GRIFFIN
Wilshire/Montana Neighborhood Coalition
P.O. Box 607
Santa Monica, CA 90406

DIANA GORDON
Santa Monica Coalition for a Livable City
1223 Wilshire Blvd., Box 1002
Santa Monica, CA 90403-5400

MARK ARMOUR
North of Montana Association
1112C Montana Avenue
Santa Monica, CA 90403

MARY MARLOW
Ocean Park Association
P.O. Box 5006
Santa Monica, CA 90409-5006

**City of Los Angeles Neighborhood Association Adjacent to the Santa Monica Airport:**

STEPHANIE BODY
Ven Mar Neighborhood Association
c/o **VMNA Airport** Committee
1519 Walnut Ave.
Venice, CA 90291

# TABLE OF CONTENTS

GLOSSARY OF ABBREVIATIONS ............................................. 4

STATEMENT......................................................................... 5

CONCLUSION ...................................................................... 9

APPENDIX............................................................................ 13

CERTIFICATE OF COMPLIANCE............................................. 27

CERTIFICATE OF SERVICE.................................................... 28

## GLOSSARY OF ABBREVIATIONS

EMAS        Engineered Material Arresting System

FAA         Federal Aviation Administration

FOSP        Friends of Sunset Park

NTSB        National Transportation Safety Board

RSA         Runway Safety Area

SMO         Santa Monica Airport

## STATEMENT

Friends of Sunset Park (FOSP) is a city-recognized neighborhood association with Santa Monica Airport (SMO) imbedded within its boundaries'.  FOSP represents 7000 households, many of which lie under the departure path of SMO, including homes 300 feet from the western runway end. Therefore, FOSP is in a unique position to give commentary on a court case in which the Federal Aviation Administration (FAA) is trying to prevent the City of Santa Monica from implementing the FAA's own recommended runway safety standards in an effort to prevent a catastrophic event.

Since 1993, statistics have shown a dramatic increase (over 300%)[2] in larger, faster aircraft operating at SMO.  The prevalence of these aircraft and corresponding lack of runway safety areas (RSAs) [3] has caused increasing concern among neighborhoods surrounding SMO.

FOSP has implored its Congressman Henry Waxman and the City of Santa Monica to address its growing fears of a disastrous accident.  In May

---

[1] http://www.smgov.net/content.aspx?id=424 1

[2] 4,209 jet operations in 1993.  18,575 jet operations in 2007.  An increase of 341%. Statistics compiled **by** Concerned Residents Against Airport Pollution (http://home.earthlink.net/~jetairpollution/) using SMO Annual Noise report data available at http://www.smgov.net/Departments/Airport/CommissionMeetings.aspx
[3] RSAs are paved areas attached to runway ends providing additional area to allow airplanes to stop in the event of an overrun.

2000, Congressman Waxman wrote a letter to FAA Administrator Jane

Garvey (see Appendix page 13) on behalf of residents living in proximity of

the SMO, asking the FAA to address the lack of RSAs.

Since 2002, FOSP has followed negotiations between the City of

Santa Monica and the FAA regarding the lack of RSAs at SMO and the

escalating risk to airport neighbors from increased use by larger, faster

aircraft.

In 2006, the City of Santa Monica officially submitted its proposal to

the FAA for installation of RSAs and the elimination of faster, larger

Category C and D aircraft that the airport was not originally designed to

accommodate[4]. Although this proposal basically would have brought SMO

in compliance with the FAA's own recommended safety standards:   the

FAA has fought the City at every turn.

The FAA submitted a few counterproposals to the City involving

Engineered Materials Arrestor System (EMAS) [6] but every offer included an

---

[4] The Airport Layout Plan incorporated in the 1984 Agreement between the FAA and the City of Santa Monica designates the airport reference code remain ARC B-II.  ARC B-II standard airports are designed to accommodate up to Category B-II aircraft, not faster C and D category aircraft.

[5] **FAA AC** 150/5300-13 If SMO (with its current runway length of 4,987 feet accomodating Category C and D aircraft) were built today, FAA standards would require it to have 1,000-foot RSAs at both ends of the runway.

[6] **EMAS** is a crushable concrete arrestor bed that captures the aircraft's landing gear and collapses under the aircraft weight to slow or stop an aircraft in the event of a runway

EMAS bed that was substandard in size and did not provide equal protection to the City's initial proposal of 300-foot RSAs and the elimination of C and D aircraft. EMAS options have estimated costs ranging from $1.9 million (for substandard size, one runway end only, excluding site preparation) [7] to over $12 million (both runway ends, standard size, including site preparation)'. The City's original proposal of 300-foot RSAs plus elimination of the Category C and D aircraft could have been implemented at a modest cost of $200,000.[9]

It became very clear that the FAA's counteroffers were designed primarily to maintain access for as many Category C and D aircraft as possible with little regard to safety for residents and aircraft occupants. These actions indicate that the FAA is more beholden to business interests than providing a safe aviation environment.

At the August 28, 2007 meeting of the Santa Monica City Council, Councilmember Richard Bloom addressed FAA's Associate Administrator of Airports, D. Kirk Shaffer, "If I were to summarize what I just took from

---

overrun. Aircraft weighing less then 12,500 lbs would not be affected by the EMAS because the aircraft is too light to effectively penetrate the EMAS surface.

[7] **ESCO** (manufacturer of EMAS) EMAS Preliminary Performance **and** Cost Estimates, Santa Monica Airport Proposal, Jan. 18, 2006
[8] Santa Monica Airport Design Standards Study Addendum #1, prepared by Coffman Associates Airport Consultants, pg. A-7
[9] Santa Monica Airport Design Standards Study Addendum #1, **pg.** A-5

your remarks, we [the FAA] do what we can to reduce injuries and accidents as long as it doesn't have an adverse impact, an adverse effect on operations. Would you agree?"

Mr. Shaffer responded, "Yes, sir, that is what I said."[10]

At the March 25th, 2008 meeting of the Santa Monica City Council, Councilmember Kevin McKeown outright asked Associate Administrator Shaffer, "Is safety more important than pilot or passenger convenience?" Mr. Shaffer's automatic response was "no." Then he caught himself amidst a startled reaction from the chamber audience, backpedaled, and said, "I beg your pardon, yes.""

Along with the City's continued good faith effort to negotiate directly with the FAA, it enlisted the assistance of Congressman Waxman who arranged a meeting with himself, City representatives, FAA representatives, Congresswoman Jane Harman, and Chair of the House Transportation and Infrastructure Committee, James Oberstar. Despite Congressional pressure, the FAA refused to offer a viable alternative.

---

[10] Santa Monica City Council Meeting video archive for August 28, 2007, Item 3-a, Federal Aviation Administration response to the City's request for Runway Safety Enhancements at the Santa Monica Airport and recommendation to provide direction to staff. 1:30-31
http://santamonica.granicus.com/MediaPlayer.php?view_id=2&clip_id=560
[11] Santa Monica City Council Meeting video archive for March 25, 2008, Item 3-a, Federal Aviation Administration Presentation of Its Proposal for Runway Safety at Santa Monica Airport and Hearing on the Adequacy of the Proposal. 2:49-50
http://santamonica.granicus.com/ViewPublisher.php?view_id=2

Only a small percentage (7%) of aircraft currently using SMO would be impacted by the Category C and D ban. Many of those are fractional share aircraft [12] whose users could easily exchange to a compliant Category B aircraft. This greatly diminishes the FAA's allegation of access denial since so few airport users would be affected. There are also other general aviation airports in close proximity that can safely accommodate C and D aircraft.[13]

The argument that the FAA considers SMO "safe" is challenged by recent runway overruns at similar length airports (see Appendix).

## CONCLUSION

FOSP and other organizations representing residents who are impacted by air traffic from Santa Monica Airport want our neighborhoods protected. FOSP believes that the Santa Monica City ordinance – creating RSAs and eliminating the faster, larger Category C and D aircraft – would best achieve these goals in the most cost effective manner with minimal

---

[12] Fractional share is a percentage share of an aircraft. Shares are sold to individual owners. A company manages the asset on behalf of the owners, who pay monthly/annual fees for the management plus variable (e.g. per-hour, per-day) use fees that entitle them to use the aircraft.

[13] Hawthorne Airport, Van Nuys Airport

inconvenience for a few airport users and maximal safety benefits for both airport adjacent residents and aircraft occupants.

We are joined in our beliefs by

1. California Assembly and Senate support for the City of Santa Monica's ban on Category C and D aircraft set forth in their 2008 Assembly Joint Resolution 37[14]

2. United States House of Representatives Amendment to HR 915 FAA Reauthorization Act 2009[15] encouraging the FAA "to achieve runway safety area solutions [at SMO] consistent with Federal Aviation Administration design guidelines"

3. California Department of Transportation, Division of Aeronautics. R. Austin Wiswell, Chief of the Division of Aeronautics, states in his Sept. 2, 2004 letter to FAA Associate Administrator of Airports Woodie Woodward, **"I found it unfathomable that representatives of the Federal Aviation Administration could dismiss the Santa Monica and State safety concerns as merely a matter of *probability* that something dire could occur. Probability is the basis for *odds*, which is the basis**

---

[14] http://democrats.assembly.ca.gov/members/a53/pdf/ajr_37_bill_20080703_amended_as m.pdf

[15] http://www.rules.house.gov/l_11/SpecialRules/hr915/111_oberstar_1.pdf section 828, pg. 51

for gambling.  I don't believe any of us wants to gamble that no airplane will ever overrun the runway or land short of the runway if we can increase the margin of safety."(see Appendix page 18) He further states, **"Limiting airplanes to B-II, or below, will allow the creation of the desired 300-foot extended Runway Safety Area through the use of declared distances.  The State of California concurs, in the interest of public safety, as the most prudent and feasible solution."** [bold ours]

**4.** City of Los Angeles Mar Vista Community Council representing neighborhoods adjacent to the eastern and southern borders of SMO endorsing the City of Santa Monica's ordinance banning Category C and D aircraft. (see Appendix page 25)

FOSP asserts that residents have a reasonable expectation of protection which the City has attempted to provide with this airport safety enhancement ordinance.  FOSP further asserts that the FAA has been obstructive, if not grossly negligent, in its actions to prevent the implementation of a much needed safety net which follows the **FAA's** own safety guidelines.

11

*Zina Josephs*

Zina Josephs

President, Friends of Sunset Park

June 25,2010

# APPENDIX

## Table of Contents

May 2000 letter from Congressman Henry Waxman to FAA Administrator Jane Garvey requesting 1000ft. Runway Safety Areas at SMO..............14

Aerial photo of Santa Monica Airport located in a densely populated residential area..........................................................................16

Aerial photo of distances between east runway end, closest resident, and gas station..............................................................................17

Aerial photo of distance between west runway end and closest resident..............................................................................18

September 2004 letter from California Department of Transportation Chief of Division of Aeronautics R. Austin Wiswell to FAA Associate Administrator for Airports Woodie Woodward...............................19

Map of an impact zone for a hypothetical accident at Santa Monica Airport, akin to one that occurred at a comparable airport in Texas on May 9, 2005 involving a Category C aircraft.....................................................22

Other recent runway overrun accidents by Category C and D aircraft—none have homes closer than those adjacent to SMO.................................................................................23

Conway Airport Relocation after Fatal Overrun...........................25

City of Los Angeles-Mar Vista Community Council letter in support of Safety Enhancements at Santa Monica Airport................................26

2204 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–0529
(202) 225–3976

DISTRICT OFFICE:
8436 WEST THIRD STREET
SUITE 600
LOS ANGELES, CA 90048–4183
13231651–1040

SENIOR DEMOCRATIC MEMBER
COMMITTEE ON
GOVERNMENT REFORM

MEMBER
COMMITTEE ON
ENERGY AND COMMERCE

## Congress of the United States
### House of Representatives
#### Washington, DC 20515–0529

**HENRY A. WAXMAN**
29TH DISTRICT, CALIFORNIA

May 26, 2000

Administrator Jane F. Garvey
Federal Aviation Administration
800 Independence Ave. SW
Washington, D.C. 20591

Dear Administrator Garvey:

I am writing on behalf of my constituents who reside near the Santa Monica Airport. For the past several years, there has been growing concern in the community over pollution and safety conditions at the airport. I am writing to ask for your assistance in addressing these problems.

The Santa Monica Airport has a unique layout with approximately 75% of the Airport surrounded by residences. Some homes are located as close as 300 feet from the east end of the runway. I have enclosed for your review an aerial photograph which depicts the close proximity of these homes. I have received numerous complaints about noise, vibrations, fumes, and black soot from airport traffic, and these problems have been further exacerbated by the dramatic rise in jet traffic over the last few years.

In addition, an emerging and potentially more profound concern is the growing use of Santa Monica **Airport** for business jets, which are steadily increasing in number, size, and speed. The use of these aircrafts is not only disruptive to the surrounding neighborhoods but inconsistent with the size and scale of the facility itself. The 5,000 foot runway, built decades ago, does not meet the safety needs of new aircraft with greater momentum on takeoffs and landings. Furthermore, there is no room to lengthen the runway to accommodate the 1,000 foot safety area necessary for the larger, faster jets emerging in the marketplace. Both ends of the runway are lined with houses and there is only an abrupt slope, a street, and then homes.

I therefore request that the **FAA** take a more active role in addressing the pollution and safety problems experienced by neighbors of the Santa Monica Airport, so that we can establish additional safeguards as soon as possible. To begin this process, I would like to recommend two feasible solutions for the FAA to evaluate:

Administrator Jane F. Garvey
May 26, 2000
Page 2

1.  The FAA should designate 1,000 feet of the existing runway as a runway safety area, similar to the runway safety areas required for new runways. By reducing the length of the runway to only 4,000 usable feet for flight planning and purposes, this would effectively set stricter safety guidelines for the types of aircraft that can be used at the airport.

2.  With respect to nighttime noise problems, the FAA should institute an **80** dB maximum noise limit on all arriving aircraft during the established departure curfew hours from 11:00 p.m. until 7:00 a.m. on weekdays, and from 11:00 p.m. until 8:00 a.m. on weekends.

The current conditions at Santa Monica Airport and its surrounding neighborhoods will only continue to deteriorate until pragmatic solutions are put into effect. I hope you will seriously consider these recommendations **for** the airport. I appreciate your attention to this important matter and look forward to your response.

With kind regards, I am

Sincerely,

Henry a Waxman

HENRY A. WAXMAN
Member of Congress

HAW/le

15

## Aerial View of Santa Monica Airport

- **Surrounded by residential areas at all angles.** Santa Monica Airport
  has residents living nearer to the ends of the runway than any other airport in the
  state [16]



---

[16] Pilot Guide to California Airports. Available at:
http://www.pilotsguide.com/cart.php?m=product_detail&p=1&c=1.



SMO East End of Runway :
166.9 ft. to nearest property line
202.1 ft. to gas pump at gas station



SMO West End of Runway:
313.38 ft. to nearest property line

18

STATE OF CALIFORNIA—BUSINESS, TRANSPORTATION AND HOUSING AGENCY     ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF TRANSPORTATION**
DIVISION OF AERONAUTICS – M.S.#40
1120 N STREET
**P. O. BOX 942873**
SACRAMENTO, CA 94273-0001
PHONE **(916)654-1959**
FAX **(916)653-9531**
TTY (916) 651-6827



*Flex your power!*
*Be energy efficient?*

September 2, 2004

Ms. Woodie Woodward
Associate Administrator For **Airports**
Federal Aviation Administration
300 Independence Avenue **SW**
Washington, D.C. **20591**

Dear Ms. Woodward:

I am drawn into the Santa Monica Municipal Airport Runway Safety Area issue. In my role as the Chief, Division of Aeronautics, California Department of Transportation, I have a public safety responsibility. The State of California, by law **(the** state's Public Utilities Code), issues 'state operating permits to Public-Use and Special-Use **airports** and heliports in California. There are 254 Public-Use airports and another 55 or so Special-Use airports **(mostly** airparks), and a couple hundred state permitted heliports, of which 140 or so are hospital heliports.

Permit issuance **is** based on the facility meeting **basic,** minimum design *safety* standards. California adopted as *standards* the design guidelines contained in the Federal Aviation Administration's Advisory Circulars 150/5300-13 for airports and **150/5390-2A for** heliports. We conduct regular "permit compliance" safety inspections of all permitted facilities, identifying *discrepancies* (i.e. not meeting the state's basic minimum design standards and/or having obstructions to air navigation per Federal Aviation Regulation **Part 77).** Discrepancies are expected to be corrected by airport sponsors. or if the correction **is** not economically, technologically, or terrain feasible **we MAY** issue a *variance* to the State standards. Having a Runway Safety **Area** per 150/5300-13 is **a** state requirement to obtain a state-operating permit.

In the case of the Santa Monica Municipal Airport, we view the insufficient Runway **Safety** Area length **to be** solvable, thus **we** are disinclined to **issue** a variance to state safety standards. The solution, unfortunately for everyone, the State of California, the City of Santa Monica, the Federal Aviation Administration, and the users of the Santa Monica Municipal Airport, **is** to adjust the effective length of the runway so as to create suitable three hundred foot long Runway Safety Areas at each end of the single runway having not lower than ¾ statute mile approach visibility minimums **for a** B-II aircraft. This "declared distance" approach still provides a landing length **(LDA)** of 4,400 feet and an accelerate-stop distance (ASDA) for takeoff of 4,700 feet. The other **two** declared distances. takeoff run (TORA) and takeoff distance **(TODA),** would remain **at** the full length of the runway.

I attended the November 20, 2003, meeting between representatives of the Santa Monica Municipal Airport management **and** the Federal Aviation Administration, **when airport** management's safety and liability concerns, and the State's public safety concerns, were aired. I found it unfathomable that representatives of the Federal Aviation Administration could dismiss the Santa Monica and State safety concerns as merely **a** matter of *probability* that something dire

*"Caltrans improves mobility across California"*

Ms. Woodie Woodward
September 2, 2004
**Page** 2

could occur. Probability is the basis for *odds*, which is the basis for gambling. I don't believe any of **us** wants to *gamble* that no airplane **will** ever overrun the runway or land short of the runway if **we** can increase the margin of safety.

My overriding concern, shared **by** Santa Monica, is the "consequences of just once". Whatever the probability of an aircraft taking off overrunning the runway, or landing short of the runway, the consequences of either of those can be very severe for airplane occupants, and may be quite severe for people residing or working off of the runway ends – where there should be sufficient Runway Safety Area instead of structures. In my **36** months of U.S. **Air** Force aircraft accident investigation (30 accidents in *36* months at Nellis Air Force Base) we never accepted that an accident, a destroyed aircraft, deceased occupants, was within the probabilities. We considered the consequences of every single one of those 30 accidents to be severe and sought to further tilt the probabilities in our favor. That **is** where we are with the Santa Monica Runway Safety **Area issue:** tilt the probabilities more toward enhanced safety.

I also found **it** laughable when Federal Aviation Administration representatives dismissed the runway overrunning or undershooting issues as being totally in the hands of pilots and the air **traffic** control tower staff, and then minimized, if not marginalized, the role a Runway Safety Area plays in reducing the consequences of overrunning or undershooting the runway. Pilots make mistakes. Air traffic control personnel cannot prevent pilot mistakes.

The Congress mandated a program of "runway safety area determinations" for commercial service primary airports. I don't believe the occupants of a General Aviation airplane are any less valuable than are the occupants of a commercial airliner **as** regards the adequacy of a Runway Safety Area. When an important Reliever General Aviation airport, such as Santa Monica is, does not have sufficient Runway Safety Areas, there should **be** an intellectually honest effort to mitigate the safety **risk.**

Santa Monica airport management wishes to use their approved ALP's B-II Airport Reference Code designation as **an** upper limit on the size, and approach speed of airplanes using that airport. Limiting airplanes to B-II, or below, will allow the creation of the desired 300-foot extended Runway Safety Area through the use of declared through the use of declared distances. The State of California **concurs,** in the interest of public safety, as the most prudent and feasible solution.

The issue of safety should not have been subordinated to a perception of a hidden agenda, as seemed to me to be the very transparent position of the Federal Aviation Administration representatives at the November 20, 2003 meeting. It was an unproductive meeting, by any measure, in terms of addressing the safety question. The intellectual dishonesty of the Federal Aviation Administration representatives in trying to mask their Fear that the **Runway** Safety Area issue was a stalking horse for an aircraft noise reduction/limiting maneuver was apparent to **all,** even to most of the Federal Aviation Administration delegation.

I don't see how the Federal Aviation Administration can prevent Santa Monica from doing what it thinks will improve public safety, reduce their risk exposure, and reduce their **liability** to a

*"Caltrans improves mobility across California"*

Ms. **Woodie Woodward**
September **2,2004**
**Page 3**

much more defensible position. And I may **have** to suspend **their** state-operating permit **if** they can't **work out a** solution to the Runway Safety **Area** issue that **is** acceptable to the State of California.

The present confusion, and contradictory recollections of what **was** agreed to by the parties **at the** above referenced meeting is delaying resolution of **an** existing **safety issue.** There **should** be another **meeting. A** cast of thousands is not **necessary. and** lawyers **shouldn't be** invited. The issue is simple: Santa Monica **Municipal** Airport has insufficient Runway Safety Areas and wishes to correct the design standard discrepancy in the interest **of public safety.** What problem would the Federal Aviation Administration have with this proposal?

Sincerely,

*Original Signed by*

.R. AUSTIN WJSWELL, Chief
Division of Aeronautics

c:      Mark McClardy
        Robert Trimborn

*"Caltrans improves mobility across California"*

**Map of an impact zone for a hypothetical accident at Santa Monica
Airport, akin to one that occurred at a comparable airport in Texas on**

## May 9, 2005      NTSB ID# DFW05LA117

Brownwood Regional Airport
Brownwood, TX
Runway length: 5599 feet
Aircraft: Sabreliner (Rockwell International NA-265-80)
Category: Class C-II

"the airplane overran the departure end of the runway, impacting a fence and
trees, before crossing a road and coming to rest upright within a freshly
plowed field, approximately 1,300 feet beyond the departure end of Runway
17."[17]



18

---

[17] http://www.ntsb.gov/ntsb/GenPDF.asp?id=DFW05LA117&rpt=fa

[18] Map prepared by Michael Jerrett, Ph.D., Associate Professor University of California,
Berkeley School of Public Health, Division of Environmental Health Sciences (Grant
#P30 ES07048-01A1). jerrett@berkeley.edu  The map is accurately constructed to scale.

**Other Recent Runway Overrun Accidents by Category C and D aircraft**

A search on the ***NTSB Aviation Accident Database & Synopses*** web site query page lists over 170 runway overruns between Jan. 1, 2005 and June 22, 2010.[19]

Below is a sampling of Category C and D aircraft that currently operate at SMO that had runway overruns at other airports. **Note that the SMO runway is 4973 feet with no Runway Safety Areas. Incidents below occurred at airports with longer runways.**

**12/7/2009    NTSB ID# DCA10WA067**
George Airport
George, South Africa
Runway Length: 6561 feet
Aircraft: Embraer EMB135/LR        Category: C-II

"The airplane struck approach lights and an airport perimeter fence during the accident sequence. Visual meteorological conditions and light rain prevailed at the time; an instrument flight plan was filed. Of the 35 persons aboard, the 3 crewmembers and 7 passengers received minor injuries. The airplane was substantially damaged."

**9/19/2008    NTSB ID# DCA08MA098**
Columbia Metropolitan Airport
Columbia, SC
Runway Length: 8600 feet
Aircraft: Learjet LR60        Category: D-I

"The airplane continued beyond the runway blast pad and through the approximately 1,000 foot runway safety area while striking airport lighting, navigation facilities, a perimeter fence and concrete marker posts. The airplane then crossed a roadway and came to rest where it struck an embankment on the far side of the road.

---

[19] http://www.ntsb.gov/ntsb/query.asp
Aircraft Category listing available at
http://www.faa.gov/documentLibrary/media/Advisory_Circular/150_5300_13.pdf

The 2 crewmembers and 2 of the 4 passengers were fatally injured, the other 2 passengers suffered serious injuries. The aircraft was destroyed by extensive post-crash fire. There was also damage to the airport lighting, a navigation antenna array; and perimeter fencing."

**4/12/2007     NTSB ID# DCA07FA037**
Cherry Capitol Airport
Traverse City, MI
Runway Length:  6501 feet
Aircraft:  Bombardier CL 600          Category:  C-II

"The airplane ran off the end of runway 28 at a ground speed of about 47 knots, on a heading of about 254°. It came to a stop on a heading of about 250°, about 100 feet west of the end of the 200-foot-long, 190-foot-wide blast pad pavement located off the end of runway 28."

**3/3/2006     NTSB ID# NYC06IA075**
Teterboro Airport
Teterboro, NJ
Runway Length:  6013 feet
Aircraft:  Dassault Falcon 900EX      Category:  C-II

"The airplane departed the end of the runway, and came to rest in mud, about 330 feet from the end of the runway."

**1/28/2005     NTSB ID# CHI05FA059**
Charles B. Wheeler Downtown Airport
Kansas City, MO
Runway Length:  7002 feet
Aircraft:  Learjet 35A          Category:  C-I

"The airplane departed the runway roughly on centerline, traversed the gravel runway safety area, impacted the west side of the ILS localizer antenna array, impacted the chain link perimeter fence dragging approximately 180 feet of fence with it, crossed Lou Holland Drive, penetrated the steel guard rail on the south side of the road, and came to rest on the north slope of a flood levee within a few feet of one of the nonstandard approach lights for runway 01."

Conway Airport Relocation after Fatal Overrun

Below is an example of a runway overrun at a shorter runway (4875 feet) by
a Category B-II Aircraft.  Even though the airport adjacent community
expressed concerns regarding runway safety, the FAA approved
relocation of this airport only after this accident in which a home was
impacted by an aircraft runway overrun?'

6/30/2007    NTSB ID# CHI07FA187
Dennis Cantrall Field Airport
Conway, AR
Runway Length:  4875 feet
Aircraft:  Cessna 500                  Category:  B-II

"On June 30,2007, at 1450 central daylight time (cdt), a 1974 Cessna model
500 (Citation), N771HR, piloted by a commercial pilot, was destroyed
during a post-impact fire after colliding with a jet-blast deflector, airport
perimeter fence, and residential structure [bold ours] during an aborted
landing from runway 26 (4,875 feet by 100 feet, asphalt) at Dennis F.
Cantrell Field Airport (KCWS), Conway, Arkansas. ... The pilot was fatally
injured and his passenger sustained minor injuries. An individual located in
the residential structure was fatally injured." [bold ours]

---

[20] http://www.aero-news.net/index.cfm?contentBlockId=83988e5c-d840-4ed4-ba59-
82f6b10b2df8



**Mar Vista
Community Council**
3759 Barry Avenue
Los Angeles, CA *90066*

**Board of Directors
2007-2008**

Chair
Rob Kadota
rob@marvista.org

**1ˢᵗ Vice Chair**
Bob Fitzpatrick
bobf@marvista.org

**2ⁿᵈ Vice Chair**
Albert Olson
albert@marvista.org

**Secretary**
Laura Bodensteiner
laura@marvista.org

**Treasurer**
Curt Steindler
curt@marvista.org

**Lone Directors**
Zone 1
Roberta Golan Schiller
Zone 2
Laura Bodensteiner
Zone 3
3.0.Gaydowski
Zone 4
Stephen Boskin
**Zone5**
Curt Steindler
**Zone6**
Keith Lambert

**At-Large Directors**
Ken Alpern
Sharon Commins
**Bob Fitzpatrick**
Colin Hatton
Rob Kadota
Albert Olson
Bill Scheding

Certified Neighborhood Council
August 13, *2002*

**December 11,2007**

**Santa Monica City Council
City of Santa Monica
1685 Main Street, Room 209
Santa Monica, CA 90401**

Councilmembers:

**The Mar Vista Community Council sends this expression of**
appreciation to the Santa Monica City Council for its recent decision
**to add Section 10.04.06.150 to** the Santa Monica Municipal Code. **We**
*are* in complete agreement that for the safety of all residents---both in
Santa Monica and Los Angeles---living in close proximity to the
airport, it is an important **step to conform the usage of the Santa
Monica Airport to category A** and B aircraft.

**Furthermore, we commend** the Santa Monica City Council for its
**courage in passing** this **ordinance in the face of** stated opposition from
the Federal Aviation Administration. The MVCC will strongly
support any action taken by the Santa Monica City Council to pursue
all state and federal legislative means to also accomplish the goals of
this ordinance, if such means become necessary.

**Best regards,**

Rob **Kadota**
**Chair**
**Mar Vista** Community Council

Bob Fitzpatrick
**1ˢᵗ Vice Chair**

**Albert Olson**
**2ⁿᵈ Vice Chair**

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(a)(7) and 32(a)(7)(B), I hereby certify on

this 25th day of June, 2010, that the portions of the foregoing Petitioner's

Brief subject to a type-volume limitation contains 2,989 words, as counted

by the Microsoft Word 2003 word processing program.

Zina Josephs

President, Friends of Sunset Park

June 25, 2010

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2010, I caused to be

served by Federal Express, a true copy of the AMICUS BRIEF IN

SUPPORT OF THE PETITIONER, THE CITY OF SANTA MONICA, to

the following persons at the following addresses:

**Petitioner:**

MARSHA JONES MOUTRIE City Attorney
LANCE **S.** GAMS
IVAN **O.** CAMPBELL
Deputy City Attorneys
Santa Monica City Attorney's Office
1685 Main Street, Suite 310
Santa Monica, CA 90401

W. ERIC PILSK
THOMAS R. DEVINE
Kaplan Kirsch & Rockwell LLP
1001 Connecticut Avenue, NW, #800
Washington, DC 20036

**Respondent:**

TONY WEST
Assistant Attorney General
ALISA **B.** KLEIN
MARK B. STERN
DANA KAERSVAN
Attorneys, Appellate Staff
**U.S.** Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Room 7235 Washington, DC 20530

**Amicus Curiae supporting the Respondent:**

KATHLEEN A. YODICE
Law Offices of Yodice Associates
601 Pennsylvania Ave., NW, Suite 875
Washington, DC 20004

FRANK JAMES COSTELLO, JR.
JOLYON A. SILVERSMITH
Zuckert, Scoutt & Rasenberger, LLP
888 17th St., NW, Suite 700
Washington, DC 20006-3309

Zina Josephs

Zina Josephs

President, Friends of Sunset Park

June 25, 2010

29

**30**